

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-25,379-04

### EX PARTE SIDNEY VANEZE MOURLAND, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1594644-A IN THE 209TH DISTRICT COURT
### HARRIS COUNTY

*Per curiam*.

### **O P I N I O N**

Applicant was convicted of aggravated assault of a family member and sentenced to twenty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Mourland v. State*, No. 01-22-00478-CR (Tex. App.—Houston [1ˢᵗ Dist.] May 9, 2023) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that his trial and appellate counsel were ineffective because trial counsel failed to object to the trial court's improper cumulation order and appellate counsel failed to raise the issue on direct appeal. Based on the record, the trial court has determined, and the State agrees, that both counsels' performances were deficient and that Applicant was

prejudiced.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The stacking order in the judgment in cause number 1594644 in the 209th District Court of Harris County is deleted. Additionally, based on this Court's own independent review of the record, Applicant's remaining claims are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 18, 2025
Publish